STATE of Missouri, Respondent,

v.

Wilbur LEWIS, Jr., Appellant.

Wilbur LEWIS, Jr., Appellant,

v.

STATE of Missouri, Respondent.

Nos. WD 49321, WD 50615.

Missouri Court of Appeals,
Western District.

Jan. 9, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied Feb. 27, 1996.

Application to Transfer Denied
April 23, 1996.

James C. Cox, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before SMART, P.J., and LOWENSTEIN and BERREY, JJ.

### ORDER

PER CURIAM:

Appeal from jury conviction of robbery in the first degree, § 569.020, RSMo Cum.Supp. 1992, assault in the first degree, § 565.050, RSMo 1986, two counts of armed criminal action, § 571.015 RSMo 1986, and denial of Rule 29.15 motion for postconviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).